


# Document Not Imaged

# The paper document is available in the Clerk's Office Files Department